IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00357–EWN–MJW

JOETTA ILES,

    Plaintiff,

v.

PUEBLO COUNTY COLORADO SHERIFF'S OFFICE, and
DON LEACH, Individually,

    Defendants.

## ORDER

This matter comes before the court on "Plaintiff's Unopposed Motion to Dismiss Count IV Against Defendant Don Leach" (#27, filed April 25, 2006). Upon consideration of the Motion to Dismiss, it is

**ORDERED** as follows:

1. Count IV of Plaintiff's Complaint is dismissed without prejudice; and

2. Defendant Leach's Motion to Dismiss Count IV (#20, filed April 10, 2006) is denied as moot.

Dated this 26th day of April, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge