IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Case No. 06-cv-00357-EWN-MJW

JOETTA ILES

       Plaintiff,

v.

PUEBLO COUNTY COLORADO SHERIFF'S OFFICE and
DON LEACH, Individually,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice (#31, filed August 21, 2006), having reviewed the file, and being fully advised,

DOES HEREBY ORDER the said motion is GRANTED and this matter is dismissed with prejudice, each party to pay their own costs.

Dated this 21st day of August, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge